BENEDICT O'MAHONEY (State Bar No. 152447)
**TERRA LAW LLP**
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: bomahoney@terralaw.com

JONATHAN T. SUDER *(Pro Hac Vice To Be Filed)*
CORBY R. VOWELL *(Pro Hac Vice)*
TODD I. BLUMENFELD *(Pro Hac Vice)*
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com
**Counsel for Plaintiff**
**SOFTVAULT SYSTEMS, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> ITRON, INC., <br><br> Defendant. | CASE NO. 5:14-cv-05408-LHK <br><br> **NOTICE OF SETTLEMENT AND JOINT MOTION FOR EXTENSION OF TIME** <br><br> [N.D. Cal. Civil L.R. 6-1(a)] |

Plaintiff SOFTVAULT SYSTEMS INC. ("Plaintiff" or "SoftVault") and Defendant ITRON, INC. ("Defendant" or "Itron") hereby file this Notice of Settlement and Joint Motion for Extension of Time advising the Court that the parties have reached a settlement in principle and are working to finalize the terms of a settlement agreement between the parties. The current deadline for Itron to file its answer or otherwise respond to the Complaint is February 23, 2015. The parties jointly request that the Court extend this deadline by 30 days to March 25, 2015, by which time the parties anticipate filing a stipulation of dismissal.

1

| | | |
|---|---|---|
| 1 | Dated:  February 19, 2015 | /s/  Corby R. Vowell |
| 2 | | Jonathan T. Suder |
| 3 | | Corby R. Vowell<br>Todd Blumenfeld |
| 4 | | FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1 |
| 5 | | 604 East 4th Street, Suite 200<br>Fort Worth, Texas  76102 |
| 6 | | Telephone:  (817) 334-0400<br>Facsimile:  (817) 334-0401 |
| 7 | | Email:  jts@fsclaw.com<br>Email:  blumenfeld@fsclaw.com |
| 8 | | Email:  vowell@fsclaw.com |
| 9 | | Benedict O'Mahoney<br>(Bar No.152447) |
| 10 | | TERRA LAW<br>177 Park Avenue, Third Floor |
| 11 | | San Jose, California 95113<br>Telephone:  408-299-1200 |
| 12 | | Facsimile:  408-998-4895<br>Email:  bomahoney@terralaw.com |
| 13 | | Attorney for Plaintiff |
| 14 | | SOFTVAULT SYSTEMS, INC. |
| 15 | Dated:  February 19, 2015 | /s/  John M. Guaragna |
| 16 | | Sean C. Cunningham<br>(Bar No. 174931) |
| 17 | | DLA PIPER LLP (US)<br>401 B Street, Suite 1700 |
| 18 | | San Diego, CA 92101-4297<br>Telephone: 619-699-2700 |
| 19 | | Facsimile: 619-699-2701<br>Email:  sean.cunningham@dlapiper.com |
| 20 | | John M. Guaragna |
| 21 | | (Bar No. 199277)<br>DLA PIPER LLP (US) |
| 22 | | 401 Congress, Suite 2500<br>Austin, Texas 78701 |
| 23 | | Telephone:  512-457-7000<br>Facsimile:  512-457-7001 |
| 24 | | Email:  john.guaragna@dlapiper.com |
| 25 | | Counsel for Defendant<br>ITRON, INC. |
| 26 | | |
| 27 | | |
| 28 | | |