BENEDICT O'MAHONEY (State Bar No. 152447)
**TERRA LAW LLP**
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: bomahoney@terralaw.com

JONATHAN T. SUDER *(Pro Hac Vice To Be Filed)*
CORBY R. VOWELL *(Pro Hac Vice)*
TODD I. BLUMENFELD *(Pro Hac Vice)*
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com
**Counsel for Plaintiff**
**SOFTVAULT SYSTEMS, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>            Plaintiff,<br><br>      vs.<br><br>ITRON, INC.,<br><br>            Defendant. | CASE NO.  5:14-cv-05408-LHK<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>[N.D. Cal. Civil L.R. 6-1(a)] |

Recognizing the Notice of Settlement and Joint Motion for Extension of Time filed by Plaintiff SOFTVAULT SYSTEMS, INC. ("Plaintiff") and Defendant ITRON, INC. ("Defendant"), it is

1

1  ORDERED that the deadline for Itron to file its answer or otherwise respond to the
2  Complaint is extended to March 25, 2015.

4  SIGNED this ___ day of February, 2015.

        HONORABLE LUCY H. KOH
        UNITED STATES DISTRICT JUDGE